United States District Judge Franklin D. Burgess

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| DIANNE R. GORS, | ) | |
| | ) | CIVIL NO.  C03-5213FDB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER FOR EXTENSION OF TIME TO |
| vs. | ) | FILE PLAINTIFF'S REPLY TO |
| | ) | DEFENDANT'S RESPONSE TO |
| JO ANNE B. BARNHART, | ) | PLAINTIFF'S MOTION FOR SECTION |
| Commissioner of Social Security, | ) | 406(B) FEES |
| | ) | |
| Defendant. | ) | |

Based on Plaintiff's Stipulation and the agreement of the parties, it is hereby

ORDERED that Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Section 406(b) Fees shall be filed on or before October 21, 2005.

DATED this 7th day of October 2005.

*[signature]*

FRANKLIN D. BURGESS

UNITED STATES DISTRICT JUDGE

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S  REPLY TO DEFENDANT'S
RESPONSE TO PLAINTIFF'S MOTION FOR
SECTION 406(B) FEES- [C03-5213FDB] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Point Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1
2
3  Presented by:
4
5  S/Amy Gilbrough_____
   Amy Gilbrough
6  Attorney for Plaintiff
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SECTION 406(B) FEES- [C03-5213FDB] - 1 | Elie Halpern & Associates, P.S. 1800 Cooper Point Road SW, Bldg. 19 Olympia, WA 98502 (360) 753-8055 |